Christopher B. Ellison, Esq. (SBN 248545)
ELLISON & ASSOCIATES
8117 W. Manchester Avenue #158
Playa Del Rey, California 90293
Telephone: (310) 882-6239
Facsimile: (310) 882-6237

Attorney for Plaintiff
Tara Perry


GRUBE BROWN & GEIDT LLP
E. JEFFREY GRUBE (SB#167324)
AMANDA BOLLIGER CRESPO
jeffgrube@gbgllp.com
amandacrespo@gbgllp.com
601 Montgomery Street, Suite 1150
San Francisco, CA 94111
Telephone: (415)603-5000
Facsimile: (415)840-7210

Attorneys for Defendant Kelly Services, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA PERRY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>KELLY SERVICES, INC., a corporation; HEALTH NET, INC., a corporation; and DOES 1-30, inclusive,<br><br>    Defendants. | CASE NO.<br><br>2:17-CV-02039-CAS(SKx)<br><br>[PROPOSED] ORDER RE STIPULATION TO REMAND REMOVAL ACTION |

Page 1

**PROPOSED ORDER RE: STIPULATION TO REMAND REMOVAL ACTION**

ORDER

On April 13, 2017, the parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Central District of California case number 2:17-cv-02039-CAS-SK styled *Tara Perry v. Kelly Services, Inc, et al.* is hereby remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: April 13, 2017

Honorable Christina A. Snyder

**PROPOSED ORDER RE: STIPULATION TO REMAND REMOVAL ACTION**